# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRAYLON HAYNES, Individually & on Behalf of All Others Similarly Situated, § § § § Plaintiff, § § v. § § NO. 2:08-CV-00183 § (1) WELLS FARGO BANK, N.A., & § (2) WELLS FARGO HOME §    MORTGAGE, § § Defendants. § | |

## AGREED MOTION FOR ENTRY OF DOCKET CONTROL ORDER

**TO HONORABLE UNITED STATES DISTRICT JUDGE:**

*COMES NOW*, **BRAYLON HAYNES, *Individually & on Behalf of All Other Similarly Situated***, and files this, his Agreed Motion for Entry of Revised Scheduling Order, and, in support thereof, would respectfully show unto the Court as follows:

### I.

On December 19, 2008, the Court administratively closed this case and stayed all further proceedings pending a decision from the Fifth Circuit Court of Appeals in a related case. On April 23, 2014, the Court re-opened the case and set it for a case management conference on May 30, 2014.

## II.

In anticipation of tomorrow's conference, the parties have conferred and agreed upon a schedule for the orderly disposition of the case. A proposed docket control order is submitted concurrently with this Motion. All parties agree to its entry.

*WHEREFORE, PREMISES CONSIDERED*, **BRAYLON HAYNES, *Individually & on Behalf of All Other Similarly Situated***, respectfully prays that this Agreed Motion for Entry of Docket Control Order be, in all respects, **GRANTED.**

Respectfully submitted,

_____/s/_____
James A. Holmes (Attorney in Charge)
Texas Bar No. 00784290

### THE LAW OFFICE OF JAMES HOLMES, P.C.

212 SOUTH MARSHALL
HENDERSON, TX  75654
(903) 657-2800
(903) 657-2855 (fax)
jh@JamesHolmesLaw.com

### ATTORNEY FOR BRAYLON HAYNES



## CERTIFICATE OF CONFERENCE

I hereby certify to the Court that I have discussed this Motion with Mr. Tom Connop, Counsel for Defendant. Defendants are not opposed to the relief sought herein.

_____/s/_____
James A. Holmes

## CERTIFICATE OF SERVICE

The foregoing instrument has been served on all counsel of record in this action *via* the electronic filing system for United States District Court for the Eastern District of Texas on this, the 29th day of May 2014.

_____/s/_____
James A. Holmes