## *IN THE UNITED STATES DISTRICT COURT*
## *EASTERN DISTRICT OF TEXAS*
## *MARSHALL DIVISION*

| | | |
|---|---|---|
| BRAYLON HAYNES, Individually & on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 2:08-CV-00183 |
| | § | |
| (1) WELLS FARGO BANK, N.A., & (2) WELLS FARGO HOME      MORTGAGE, | § § § § | |
| Defendants. | § § | |

## <u>*AGREED DOCKET CONTROL ORDER*</u>

**BE IT REMEMBERED** that at the Status Conference held on May 30, 2014, the parties presented and the Court approved the following deadlines for the disposition of this case:

Plaintiff to file Amended Complaint  _____
(by Friday, June 27, 2014)

Hearing on Plaintiff's Motion to Compel &
Defendant's Motion for Protective Order  _____
(by Friday, August 29, 2014)

| | |
|---|---|
| Class Certification Discovery deadline | March 1, 2015 |
| Plaintiff's Expert Designations | February 1, 2015 |
| Defendant's Expert Designations | May 1, 2015 |
| Motions for Summary Judgment | June 1, 2015 |
| Mediation deadline | July 1, 2015 |
| Expert Discovery deadline | July 10, 2015 |
| Summary Judgment Responses | July 10, 2015 |
| Respond to Amended Pleadings | July 25, 2014 |
| Summary Judgment Replies | July 22, 2015 |
| MSJ sur-Reply | August 22, 2015 |
| *Daubert* motions | August 10, 2015 |

| | |
|---|---|
| *Daubert* responses | August 17, 2015 |
| *Daubert* Reply | August 24, 2015 |
| *Daubert* sur-Reply | August 31, 2015 |
| Class Certification Motion | September 31, 2015 |
| Class Certification Response | November 1, 2015 |
| Class Certification Reply | November 15, 2015 |
| Class Certification sur-Reply | November 22, 2015 |
| Class Certification hearing | _____ |
| | (after November 22, 2015) |

***IT IS SO ORDERED.***